UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCES GREY,

    Plaintiff,

v.                            Case No: 8:21-cv-596-CEH-TGW

FRANK BISIGNANO,
Commissioner of Social Security,[1]

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on May 22, 2025 (Doc. 25). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 20) be granted and Plaintiff's attorney be awarded $41,338.35 in attorney's fees pursuant to 42 U.S.C. § 406(b). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025, and should be substituted as the Defendant. *See* Fed. R. Civ. P. 25(d).

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 20) is **GRANTED**.

(3) Plaintiff's attorney is awarded $41,338.35 in attorney's fees pursuant to 42 U.S.C. § 406(b).

**DONE AND ORDERED** at Tampa, Florida on June 13, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record